IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK HALE,<br><br>    Plaintiff,<br><br>v.<br><br>LAURIE SMITH, Sheriff, et al.,<br><br>    Defendant(s).<br>_____ | No. C 09-3455 CRB (PR)<br><br>ORDER OF DISMISSAL<br><br>(Doc # 2) |

This civil action by a prisoner was filed on July 27, 2009. The court notified plaintiff in writing at that time that the action was deficient because plaintiff did not pay the requisite $350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

More than 40 days have elapsed; however, plaintiff has not provided the court with the requisite items, or sought an extension of time to do so. Plaintiff's incomplete in forma pauperis application (doc # 2) is DENIED and the action is DISMISSED without prejudice.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED: Sept. 16, 2009

                                                      CHARLES R. BREYER<br>
                                                      United States District Judge